STATE v. DAVIS

No. 153 PC.

Case below: 20 N.C. App. 191.

Petition for writ of certiorari to North Carolina Court of Appeals denied 5 February 1974.

STATE v. DOOLEY

No. 127 PC.

Case below: 20 N.C. App. 85.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 5 February 1974.

STATE v. DOZIER

No. 120 PC.

Case below: 19 N.C. App. 740.

Petition for writ of certiorari to North Carolina Court of Appeals denied 9 January 1974.

STATE v. FRANKS

No. 122 PC.

Case below: 20 N.C. App. 160.

Petition for writ of certiorari to North Carolina Court of Appeals denied 5 February 1974.

STATE v. HADDOCK

No. 106 PC.

Case below: 19 N.C. App. 714.

Petition for writ of certiorari to North Carolina Court of Appeals denied 9 January 1974.